GALVAN v. STATE.

No. 27091.

Court of Criminal Appeals of Texas.

June 26, 1954.

No attorney on appeal for appellant.

Henry Wade, Cr. Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is robbery; the punishment, 15 years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed. No motion for rehearing will be entertained.